JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chancey Terrel Fuller, | Case No. **CV 13-7420-JFW** [CR 08-240-JFW] |
| Petitioner, | **JUDGMENT** |
| v. | |
| United States of America, | |
| Respondent. | |

Pursuant to this Court's April 11, 2014 Order denying Petitioner Chancey Terrel Fuller's Motion to Vacate and Set Aside Sentence and Conviction Pursuant to 28 U.S.C. § 2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: April 11, 2014

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE